# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL FALCON, | CV F   05-00816 AWI DLB HC |
|     Petitioner, | ORDER APPOINTING COUNSEL TO REPRESENT PETITIONER |
| v. | [Doc. 10] |
| LEANN CHRONES, | ORDER GRANTING PETITIONER OPPORTUNITY TO FILE SUPPLEMENTAL OPPOSITION |
|     Respondent. | |
| _____ / | ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on June 22, 2005.  By order of August 1, 2005, the Court directed Respondent to submit a responsive pleading to the petition.  On September 29, 2005, Respondent filed a motion to dismiss the petition.  Petitioner filed an opposition to the motion on October 19, 2005.

On November 29, 2005, Petitioner filed a motion for the appointment of counsel.

Following a review of the claims raised, the record and the State's motion to dismiss, the Court finds that the interests of justice is best served by the appointment of counsel for Petitioner.  A Magistrate Judge may appoint counsel at any stage of a habeas corpus proceeding if the interests of justice so require. Title 18 U.S.C. § 3006A; Rule 8(c) of the Rules Governing Section 2254 Cases.  Accordingly, the Court will appoint the Office of the Federal Defender to

represent Petitioner.

    Accordingly, it is HEREBY ORDERED that:

1. Petitioner's motion for the appointment of counsel is GRANTED and the Office of the Federal Defender is ORDERED to represent Petitioner;

2. A NOTICE OF APPEARANCE shall be filed with the court by the attorney representing Petitioner within **TWENTY (20)** days of the date of service of this order;

3. Within **FORTY-FIVE (45)** days from the date of service of this order, Petitioner, through counsel, may submit a supplemental opposition to Respondent's motion to dismiss; and

4. The Clerk of Court is DIRECTED to SERVE a copy of this order along with a copy of the Petition (DOC. 1), MOTION TO DISMISS (DOC. 8), and OPPOSITION TO MOTION TO DISMISS (DOC. 9) on the Office of the Federal Defender.

    IT IS SO ORDERED.

    **Dated:**   **December 20, 2005**              **/s/ Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE