# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL FALCON,<br><br>        Petitioner,<br><br>   v.<br><br>LEANN CHRONES,<br><br>        Respondent.<br>_____/ | CV F   05-00816 AWI DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT ANSWER TO PETITION AND SETTING BRIEFING SCHEDULE |

     Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Ann C. McClintock, Esq.

     Petitioner filed the instant petition for writ of habeas corpus on June 22, 2005.  (Court Doc. 1.)  By order of August 1, 2005, the Court directed Respondent to submit a response to the petition.  (Court Doc. 7.)  On September 29, 2005, Respondent filed a motion to dismiss the petition for lack of subject matter jurisdiction.  (Court Doc. 8.)  Petitioner filed an opposition on October 19, 2005.  (Court Doc. 8.)  On November 29, 2005, Petitioner filed a motion to appoint counsel.  (Court Doc. 9.)  On December 21, 2005, the Court granted Petitioner's motion to appoint counsel and appointed the Office of the Federal Defender to represent Petitioner.  (Court Doc. 11.)  The Court granted Petitioner permission to file, through counsel, a supplemental opposition to Respondent's motion to dismiss.  (Id.)  Petitioner filed a supplemental opposition on February 3, 2006.  (Court Doc. 13.)  On September 12, 2006, the Court denied Respondent's motion to dismiss for lack of subject matter jurisdiction.  (Court Doc. 14.)

1 | Based on the denial of Respondent's motion to dismiss, the Court will direct Respondent
2 | to submit an answer to the petition.  Accordingly, it is HEREBY ORDERED that:
3 |     1. Within sixty (60) days from the date of service of this order, Respondent shall
4 | submit an answer to the petition;
5 |     2. Within thirty (30) days from the date Respondent files her answer, Petitioner may
6 | file a traverse; and
7 |     3. All other provisions set forth in the Court's August 1, 2005, order to respond,
8 | remain in full force and effect.
9 | IT IS SO ORDERED.
10 | Dated:   September 15, 2006                                     /s/ Dennis L. Beck
3b142a                                                                    UNITED STATES MAGISTRATE JUDGE