# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIONEL FALCON, | ) | CV F   05-00816 AWI DLB HC |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S REQUEST TO VOLUNTARILY DISMISS PETITION |
| v. | ) | |
| LEANN CHRONES, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Monica Knox, Esq.

On December 6, 2006, Petitioner filed a notice of voluntary dismissal, with prejudice. (Doc. 86.)  At this juncture, this action may not be dismissed by Petitioner without order of the court. Fed. R. Civ. Pro 41(a)(1).   However, based on Petitioner's request for dismissal and no objection having been filed by Respondent, the court deems it proper to order this action dismissed.  Fed. R. Civ. Pro. 41(a)(2).

Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is hereby dismissed. The Clerk of the Court is DIRECTED to close the file.

IT IS SO ORDERED.

**Dated:    January 11, 2007**                        **/s/ Anthony W. Ishii**
0m8i78                                                                UNITED STATES DISTRICT JUDGE

1